DAVID GREGORY CAMP,           )
    Plaintiff,            )
                  )
     v.                  )
                  )          **O R D E R**
RON WRIGHT, also known as)
  "BULLDOG," Booking Of- )
  ficer at the Buncombe  )
  County Detention Faci- )
  lity,                  )
_____)

    **THIS MATTER** comes before the Court on the "Defendant's
Motion To Dismiss," filed June 25, 2006.  After having carefully
reviewed this pleading, it appears that the defendant may be
entitled to dismissal as a matter of law, in particular, for the
plaintiff's failure to exhaust his administrative remedies on his
sole surviving claim of assault.  You now have the opportunity to
reply to the defendant's Motion.  You may _not_ allege new facts
surrounding the events in question as part of your reply.  You
should base your reply and/or argument(s) solely on the
allegations contained in your Complaint and/or the defendant's
Motion to Dismiss.

    **PLAINTIFF CAMP PLEASE READ THIS:**

    You are further advised that you have thirty (30) days from
the filing of this Order in which to file your reply and any

documents, affidavits, or unsworn declarations you may wish to submit in opposition to the defendant's Motion. **FAILURE TO RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT THIS ACTION TO DISMISSAL.**

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the plaintiff has thirty (30) days from the filing of this Order in which to provide a reply, along with his own documents, affidavits, or declarations in opposition to the Motion to Dismiss filed by the defendant.

**SO ORDERED.**

Signed: June 28, 2006

Graham C. Mullen
United States District Judge